FILED
CLERK, U.S. DISTRICT COURT
10 DEC 02 AM 10:59
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| EDIZONE,<br><br>Plaintiff,<br><br>vs.<br><br>SCHERING-PLOUGH CORPORATION, et al.,<br><br>Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:00-CV-0733<br><br>Judge Dee Benson |

On March 19, 2001, the Court granted plaintiff an additional 60 days to serve defendant with plaintiff's complaint. No action has taken place since that time. Accordingly, the Court hereby DISMISSES this case. This dismissal will be considered "with prejudice" if no objection is filed within 15 days of the date of this Order. IT IS SO ORDERED.

DATED this 9th day of December, 2002.

Dee Benson
United States District Judge

10

tsi

United States District Court
for the
District of Utah
December 12, 2002

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:00-cv-00733

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Daniel P. McCarthy, Esq.
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
EMAIL